McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.: 1:07-cr-00201 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | STATUS CONFERENCE HEARING AND |
| | ) | ORDER THEREON (NOTE: Date not date |
| MANUEL CHAVEZ VILLA, et al., | ) | requested) |
| | ) | |
| Defendants. | ) | |
| | ) | |

        IT IS HEREBY STIPULATED by and between the parties hereto, and through their

respective counsel, that the status conference currently set for **January 25, 2008** may be continued

to **February 8, 2008 at 9:00 a.m.**

        This request is being made due to discovery issues that are in the process of being resolved

and additional time is needed to get these items to defense counsel to assist in the investigation and

preparation of this matter.   The parties have met and are diligently working toward resolving this

matter however due to the agent's and the parties' schedules, this cannot accomplished by the date

presently set.  The parties agree that the delay resulting from the continuance shall be excluded in

the interests of justice, including but not limited to, the need for the period of  time set forth herein

//

//

1

1  //

2  for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and

3  3161(h)(8)(B)(i).

4  Dated: January 3, 2008                          McGREGOR W. SCOTT
                                                   United States Attorney

5

6                                                  By: /s/ Laurel J. Montoya
7                                                  LAUREL J. MONTOYA
                                                   Assistant U.S. Attorney

8

9  Dated: January 3, 2008                           /s/ Patience Milrod
10                                                 PATIENCE MILROD
                                                   Attorney for Defendant M. Chavez

11

12  Dated: January 3, 2008                          /s/ Victor Chavez
13                                                 VICTOR CHAVEZ
                                                   Attorney for Defendant E. Chavez

14

15

16                          ORDER CONTINUING HEARING DATE

17        IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

18  3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(I).  Due to the "Open Doors" Federal program,

19  the Court can not accommodate the requested date.  The matter is therefore continued to February

20  7, 2008 Thursday at 9 a.m.

21

22

23

24

25

26

27

28  IT IS SO ORDERED.

1

Dated:   __January 3, 2008__          _____/s/ Lawrence J. O'Neill_____
                                        UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28