DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ELOY CHAVEZ-CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>ELOY CHAVEZ-CRUZ,<br><br>    *Defendant.* | NO. 1:07-cr-0201 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date: March 7, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Status Conference in the above captioned matter scheduled for February 7, 2008 at 9:00 a.m. may be continued to **March 7, 2008 at 9:00 a.m.**

    Since the last court appearance the parties, including the case agents, have met and conferred to resolve discovery issues. On January 31, 2008 the defense was provided with additional discovery. The parties request a continuance to March 7, 2008 to allow time for review of the new discovery, and plea negotiations prior to the next court date.

    The parties also agree that any delay resulting from this continuance shall be excluded in

///

///

///

///

1  the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and 3161(h)(8)(A).

```
                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED:  February 6, 2008             By  /s/ Laurel Montoya
                                            LAUREL MONTOYA
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


                                            DANIEL J. BRODERICK
                                            Federal Public Defender

DATED:  February 6, 2008             By  /s/ Victor M. Chavez
                                            VICTOR M. CHAVEZ
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            Eloy Chavez-Cruz



DATED:  February 6, 2008             By  /s/ Patience Milrod
                                            PATIENCE MILROD
                                            Attorney for Defendant
                                            Manuel Chavez-Villa
```

**O R D E R**

Good cause exists for the continuance.   For the reasons stated in the stipulation, time is excluded.

IT IS SO ORDERED.

**Dated:   February 6, 2008**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hrg

2