Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for MANUEL CHAVEZ-VILLA

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MANUEL CHAVEZ-VILLA, *et al.*)<br>)<br>Defendants.  ) | Case No. CR-F-07-CR-201-LJO<br><br>**STIPULATION AND ORDER TO CONTINUE PLEA HEARING** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL MONTOYA, Assistant United States Attorney for Plaintiff, and the various attorneys for the defendants herein:

1. To continue the hearing date currently set for March 28, 2008, to a new date of April 4, 2008.

2. This request is made to enable defense counsel additional time to meet with defendant Manuel Chavez-Villa and a court interpreter to review his

*Stipulation and Proposed Order*       1

1     plea agreement.  As of this date, defense counsel and the interpreter have conflicting schedules that will not allow them to meet with said defendant prior to the plea hearing currently set for March 28, 2008.  Defense counsel for defendant Manuel Chavez-Villa believes this request is necessary to ensure that said defendant completely understands the terms of his plea agreement.

3. To exclude time until April 4, 2008 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for defense counsel investigation, preparation and review of the plea with the defendant, and through and until the date of decision on such motions pursuant to 18 U.S.C. §3161(h)(1)(F) and (J).

IT IS SO STIPULATED.

Dated:  March 26, 2008     /s/ Patience Milrod  
PATIENCE MILROD  
Attorney for defendant  
MANUEL CHAVEZ-VILLA

Dated: March 26, 2008     /s/ Laurel Montoya  
LAUREL MONTOYA  
Assistant U.S. Attorney

Dated:   March 26, 2008     /s/  Victor Chavez  
VICTOR CHAVEZ  
Attorney for defendant  
ELOY CHAVEZ-CRUZ

*Stipulation and Proposed Order*       2

**ORDER ON STIPULATION**

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that that the hearing presently set for March 28, 2008, at 9:00 a.m., be continued to April 4, 2008 at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 26, 2008          /s/ Lawrence J. O'Neill
                               _____
                               HON. LAWRENCE J. O'NEILL
                               Judge of the Eastern District